## SAFFOLD *et al. v.* EVANS *et al.*

LUMPKIN, J. Under the facts of this case, the presiding judge did not err in refusing to set aside the judgment which was attacked.

　　　　　　*Judgment affirmed. All the Justices concur.*
　　　　　　JUNE 13, 1911.

Motion to set aside judgment. Before Judge Charlton. Chatham superior court. April 19, 1910.

*P. W. Meldrim,* for plaintiffs in error.

*Travis & Travis* and *George W. Owens,* contra.